[865 NE2d 1, 832 NYS2d 893]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAGNUS DALLAS, Appellant.

Argued February 8, 2007; decided March 22, 2007

### APPEARANCES OF COUNSEL

*Bryan Law Firm*, Syracuse (*Bruce R. Bryan* and *Paul A. Carey* of counsel), for appellant.

*William J. Fitzpatrick, District Attorney*, Syracuse (*James P. Maxwell* and *Audra Albright* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the County Court should be affirmed.

Defendant challenges a search of his apartment conducted under the "emergency" doctrine. We stated the elements of that doctrine in *People v Mitchell* (39 NY2d 173, 177-178 [1976]) as follows:

> "(1) The police must have reasonable grounds to believe that there is an emergency at hand and an immediate need for their assistance for the protection of life or property.
>
> "(2) The search must not be primarily motivated by intent to arrest and seize evidence.
>
> "(3) There must be some reasonable basis, approximating probable cause, to associate the emergency with the area or place to be searched."

The applicability of the emergency doctrine "involves a mixed question of law and fact" (*People v Molnar*, 98 NY2d 328, 335 [2002]). The courts below found that the three elements required by *Mitchell* were present, and their determination is supported by the record. Thus, "any further review is beyond this Court's jurisdiction" (*id.*). We have no occasion to consider whether our holding in *Mitchell* should be modified in light of the Supreme Court's decision in *Brigham City v Stuart* (547 US —, 126 S Ct 1943 [2006]).

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT concur; Judge JONES taking no part.

Order affirmed in a memorandum.